**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6857**

---

RICHARD W. STOKES,

                                    Petitioner - Appellant,

        versus

COLIE     RUSHTON,    Warden    of    McCormick
Correctional Institution; CHARLES M. CONDON,
Attorney  General  of  the  State  of  South
Carolina,

                                    Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence. Matthew J. Perry, Jr., Senior District
Judge.  (CA-02-1054-4-10BH)

---

Submitted:  October 22, 2003         Decided:  November 10, 2003

---

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Richard W. Stokes, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard W. Stokes seeks to appeal the district court's order accepting the magistrate judge's recommendation to dismiss his 28 U.S.C. § 2254 (2000) petition. An appeal may not be taken from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. Miller-El v. Cockrell, 537 U.S. 322, ___, 123 S. Ct. 1029, 1040 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Stokes has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2